JEROME FISHER et al., Individually and as Members of Local 1115-C, Amusement Transient Clerks and Concessionaires Employees Union, Retail Clerks International Association, A. F. of L., on Behalf of Themselves and All Other Members of Said Local Union Similarly Situated, Appellants, *v.* GEORGE KEMPTER, Individually and as President of Local Union

1115-C, Amusement Transient Clerks and Concessionaires Employees Union, Retail Clerks International Association, A. F. of L., et al., Respondents.

Submitted November 19, 1951; decided November 21, 1951.

*Charles R. Katz* for motion.

*Sol Gelb, Arnold Cohen* and *Hermon A. Simon* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.